UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **IRONCLAD PERFORMANCE WEAR CORPORATION,**<br><br>    Plaintiff,<br><br>v.<br><br>**ORR SAFETY CORPORATION,**<br><br>    Defendant | **Case No. 3:15-cv-03453** |

**DEFENDANT ORR SAFETY CORPORATION'S SUPPLEMENT TO NOTICE OF REMOVAL**

Defendant Orr Safety Corporation ("ORR") files its Supplement to Notice of Removal of this action from the 193rd Judicial District Court of Dallas County, Texas. In support hereof, ORR respectfully shows this Court as follows:

1. On October 23, 2015, ORR filed a Notice of Removal (Doc. 1). When ORR filed its Notice of Removal, it included its Answer, Additional Defenses, and Counterclaim, a file-stamped copy of which had not yet been received by ORR.

2. ORR hereby supplements its Notice of Removal to include the file-stamped copy of its Answer, Additional Defenses, and Counterclaim, which is attached as "Exhibit A-5."

WHEREFORE, ORR prays that its Notice of Removal be supplemented to include the file-stamped copy of its Answer, Additional Defenses, and Counterclaim.

Respectfully submitted,

*/s/ Rachel Lee Hytken*
Gregory M. Sudbury
Texas Bar No. 24033367
Rachel Lee Hytken
Texas Bar No. 24072163
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Main)
(214) 871-2111 (Fax)
gsudbury@qslwm.com
rhytken@qslwm.com

-and-

*Of counsel:*
Benjamin C. Fultz (to be admitted *pro hac vice*)
Jennifer Metzger Stinnett (to be admitted *pro hac vice*)
Daniel Hancock (to be admitted *pro hac vice*)
FULTZ MADDOX DICKENS PLC
2700 National City Tower
Louisville, Kentucky 40202
Telephone: (502) 588-2000
Facsimile: (502) 588-2020
bfultz@fmdlegal.com
jstinnett@fmdlegal.com
dhancock@fmdlegal.com

*Counsel for Defendant and Counterclaim Plaintiff Orr Safety Corporation*

## **CERTIFICATE OF SERVICE**

       This is to certify that a true and correct copy of the foregoing document has been served on October 27th, 2015 upon the following counsel electronically and via CM/ECF in accordance with the Federal Rules of Civil Procedure:

    Daniel H. Charest
    Warren T. Burns
    Will Thompson
    BURNS CHAREST LLP
    500 North Akard Street, Suite 2810
    Dallas, Texas 75201
    *Counsel for Plaintiff*

                                */s/ Rachel Lee Hytken*
                              Gregory M. Sudbury/Rachel Lee Hytken