IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IRONCLAD PERFORMANCE WEAR CORPORATION, | § § § | |
| Plaintiff, | § § | Civil Action No. 3:15-CV-3453-D |
| VS. | § § | |
| ORR SAFETY CORPORATION, | § § | |
| Defendant. | § | |

## **ORDER**

On February 19, 2016 defendant filed a motion for temporary restraining order and a motion for expedited discovery in support of motion for temporary restraining order/preliminary injunction. Any opposition response to the motion for temporary restraining order and motion for expedited discovery must be filed no later than Wednesday, February 24, 2016 at noon. Any reply in support of these motions must be filed no later than Friday, February 26, 2016 at noon.

**SO ORDERED**.

February 19, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE