# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IRONCLAD PERFORMANCE WEAR CORPORATION,<br><br>     Plaintiff,<br><br>v.<br><br>ORR SAFETY CORPORATION,<br><br>     Defendant | Case No. 3:15-cv-03453-D |

## AGREED MOTION FOR ENTRY OF AGREED ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502

Ironclad Performance Wear Corporation and ORR Safety Corporation respectfully move the Court to enter the proposed Agreed Order Pursuant to Federal Rule of Evidence 502, submitted contemporaneously herewith to the Court via e-mail at Fitzwater_Orders@txnd.uscourts.gov.

**AGREED TO:**

| **BURNS CHAREST LLP** | **FULTZ MADDOX DICKENS PLC** |
|---|---|
| By: /s/ *Will Thompson* | By: /s/ *Jennifer Metzger Stinnett* |
| Daniel H. Charest<br>Warren T. Burns<br>Will Thompson<br>BURNS CHAREST LLP<br>500 North Akard Street, Suite 2810<br>Dallas, Texas 75201<br>Telephone: (469) 904-4550<br>Facsimile: (469) 444-5002<br>dcharest@burnscharest.com<br>wburns@burnscharest.com<br>wthompson@ burnscharest.com | Benjamin C. Fultz (admitted pro hac vice)<br>Jennifer Metzger Stinnett (admitted pro hac vice)<br>FULTZ MADDOX DICKENS PLC<br>2700 National City Tower<br>Louisville, Kentucky 40202<br>Telephone: (502) 588-2000<br>Facsimile: (502) 588-2020<br>bfultz@fmdlegal.com<br>jstinnett@fmdlegal.com |

| | |
|---|---|
| Michael A. Sherman (admitted *pro hac vice)*<br>Barak J. Kamelgard (admitted *pro hac vice*)<br>STUBBS ALDERTON & MARKILES, LLP<br>15260 Ventura Boulevard, 20th Floor<br>Sherman Oaks, California 91403<br>Telephone (818) 444-4500<br>Facsimile: (818) 444-4520<br>masherman@stubbsalderton.com<br>bkamelgard@stubbsalderton.com<br><br>ATTORNEYS FOR PLAINTIFF | Gregory M. Sudbury<br>Rachel Lee Hytken<br>QUILLING, SELANDER, LOWNDS,<br>WINSLETT & MOSER, P.C.<br>2001 Bryan Street, Suite 1800<br>Dallas, Texas 75201<br>Telephone: (214) 871-2100<br>Facsimile: (214) 871-2111<br>gsudbury@qslwm.com<br><br>ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I certify that on March 23, 2016, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I further certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

<pre>                                s/ Jennifer Metzger Stinnett                     
                                Counsel for Defendant and Counterclaim Plaintiff</pre>