# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IRONCLAD PERFORMANCE WEAR CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>ORR SAFETY CORPORATION,<br><br>       Defendant | Case No. 3:15-cv-03453-D |

## [PROPOSED] PROTECTIVE ORDER

Plaintiff Ironclad Performance Wear Corporation's has moved the Court to issue a protective order against Defendant the topics of ORR Safety Corp.'s ("ORR") Rule 30(b)(6) deposition that seek testimony on topics of trade dress, contending that such topics are beyond the scope of the Court's February 26, 2016 order granting expedited discovery on issues relevant to ORR's motion for injunctive relief. Having considered the motion, the Court finds it supported by good cause and therefore **GRANTS** the Motion. The Court issued this protective order precluding ORR from deposing Ironclad on topics related to the trade dress of the KONG gloves and Vibram gloves.

Signed: April ____, 2016

                                                                            Honorable Sidney A. Fitzwater
                                                                            United States District Court Judge