## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **IRONCLAD PERFORMANCE WEAR CORPORATION,**<br><br>     Plaintiff,<br><br>v.<br><br>**ORR SAFETY CORPORATION,**<br><br>     Defendant | Case No. 3:15-cv-03453-D |

## PROPOSED ORDER GRANTING
## DEFENDANT'S MOTION TO COMPEL

Defendant ORR Safety Corporation ("ORR") having filed a Motion to Compel seeking to compel Plaintiff Ironclad Performance Wear Corporation ("Ironclad") to produce personnel files for certain former employees of Ironclad, and the Court having heard the arguments and being otherwise duly advised,

**IT IS ORDERED** that ORR's Motion to Compel is **GRANTED.** Ironclad shall produce to ORR the personnel files of Ed Jaeger, Scott Jarus, Fred Castro, Thomas Kreig, Annie Evans, Jim Rice, Lee Turlington, Rhonda Hoffarth, and Bryan Griggs within five days of the date of this Order. Ironclad may produce them as Confidential documents subject to the Agreed Protective Order entered in this case. Further, Ironclad shall pay ORR its reasonable expenses, including attorneys' fees, incurred in bringing this motion. ORR shall provide evidence of its expenses to Ironclad within 10 days of entry of this Order and Ironclad shall pay such expenses within 10 days of receipt of such evidence.

Respectfully submitted,

 s/ Jennifer Metzger Stinnett
Benjamin C. Fultz (admitted *pro hac vice*)
Jennifer Metzger Stinnett (admitted *pro hac vice*)
FULTZ MADDOX DICKENS PLC
2700 National City Tower
Louisville, Kentucky 40202
Telephone: (502) 588-2000
Facsimile: (502) 588-2020
bfultz@fmdlegal.com
jstinnett@fmdlegal.com

-and-

Gregory M. Sudbury
Texas Bar No. 24033367
Rachel Lee Hytken
Texas Bar No. 24072163
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Main)
(214) 871-2111 (Fax)
gsudbury@qslwm.com