# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **IRONCLAD PERFORMANCE WEAR CORPORATION,** <br><br> Plaintiff, <br><br> v. <br><br> **ORR SAFETY CORPORATION,** <br><br> Defendant | Case No. 3:15-cv-03453-D |

## APPENDIX IN SUPPORT OF MOTION TO COMPEL

Pursuant to Local Rules 7.1(i) and 7.2(e), Defendant, ORR Safety Corporation ("ORR Safety"), hereby submits this Appendix in Support of its Motion to Compel. Each page of this Appendix is numbered sequentially in the lower, right-hand corner. ORR Safety relies on the following evidence in support of its Motion to Compel filed contemporaneously herewith, and this evidence is incorporated into that Motion as if set forth therein in full:

Attached are the following documents:

| TITLE OF DOCUMENT | APPENDIX PAGE(S) |
|---|---|
| Excerpts of ORR Safety Corporation's First Discovery Requests to Ironclad Performance Wear | 1-5 |
| Excerpts of Plaintiff's Responses to Defendant's First Set of Discovery Requests | 6-10 |
| May 25-26, 2016 E-mails between J. Stinnett and M. Sherman | 11-13 |

| | |
|---|---|
| June 1 and June 2, 2016 E-mails from J. Stinnett to M. Sherman, et al. | 14-16 |
| June 10, 2016 Letter from M. Sherman to J. Stinnett | 17-19 |
| April 25, 2014 Email from Clayton to Cordes | 20-22 |

Respectfully submitted,

 s/ Jennifer Metzger Stinnett
Benjamin C. Fultz (admitted *pro hac vice*)
Jennifer Metzger Stinnett (admitted *pro hac vice*)
FULTZ MADDOX DICKENS PLC
2700 National City Tower
Louisville, Kentucky 40202
Telephone: (502) 588-2000
Facsimile: (502) 588-2020
bfultz@fmdlegal.com
jstinnett@fmdlegal.com

-and-

Gregory M. Sudbury
Texas Bar No. 24033367
Rachel Lee Hytken
Texas Bar No. 24072163
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Main)
(214) 871-2111 (Fax)
gsudbury@qslwm.com
rhytken@qslwm.com

*Counsel for Defendant and Counterclaim Plaintiff ORR Safety Corporation*

**CERTIFICATE OF SERVICE**

      On June 17, 2016 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                        s/ Jennifer Metzger Stinnett
                                        *Counsel for Defendant and Counterclaim Plaintiff ORR Safety Corporation*