# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **IRONCLAD PERFORMANCE WEAR CORPORATION,**<br><br>　　Plaintiff,<br><br>v.<br><br>**ORR SAFETY CORPORATION,**<br><br>　　Defendant | Case No. 3:15-cv-03453-D |

## APPENDIX IN SUPPORT OF
## MOTION FOR SANCTIONS

Pursuant to Local Rules 7.1(i) and 7.2(e), Defendant, ORR Safety Corporation ("ORR Safety"), hereby submits this Appendix in Support of its Sanctions. Each page of this Appendix is numbered sequentially in the lower, right-hand corner. ORR Safety relies on the following evidence in support of its Motion for Sanctions filed contemporaneously herewith, and this evidence is incorporated into that Motion and Brief as if set forth therein in full:

Attached are the following documents:

| TITLE OF DOCUMENT | APPENDIX PAGE(S) |
|---|---|
| Screenshot of documents available to download | 1 |
| Email from Mr. Charest to Mr. Cordes, Mr. Aisenberg, and Ironclad – LegalTeam | 2-3 |
| Usage Report | 4 |
| June 3, 2016 Email from Mr. Sherman to Mr. Cordes, Mr. Aisenberg, and Ironclad LegalTeam | 5 |

| | |
|---|---|
| June 3, 2016 Email from Mr. Aisenberg to Mr. Serman and Mr. Cordes | 6-7 |
| June 3, 2016 Email from Mr. Bynum to Mr. Sherman | 8 |
| June 5, 2016 Email from Mr. Aisenberg to Mr. Sherman | 9-11 |
| June 5, 2016 and June 6, 2016 Emails between Mr. Sherman and Mr. Cordes | 12-14 |
| June 7, 2016 Email from Mr. Sherman to Mr. Cordes and Mr. Aisenberg | 15-16 |
| Emails between Mr. Cordes and Mr. Sherman | 17-19 |
| Emails between Mr. Sherman and Mr. Aisenberg | 20-21 |
| June 8, 2016 Email from Mr. Sherman to Ms. Stinnett | 22 |
| June 8, 2016 Letter from Ms. Stinnett to Ironclad counsel | 23-25 |
| June 3, 2016 Email from Mr. Sherman to Mr. Cordes and Mr. Aisenebrg | 26 |
| June 3, 2016 Letter from Mr. Sherman to Ms. Stinnett and Mr. Shapiro | 27-31 |
| June 5, 2016 Email from Mr. Sherman to Ms. Stinnett | 32-33 |
| June 7, 2016 Email from Mr. Cordes to Mr. Sherman | 34 |
| June 3, 2016 voicemail delivery receipt and transcript of voicemail | 35-36 |
| June 9, 2016 Email from Ms. Stinnett to Mr. Sherman | 37-39 |
| Emails between counsel regarding AEO issues | 40-43 |
| June 8, 2016 Email from Mr. Sherman to Ms. Stinnett | 44 |
| April 22, 2016 Email from Mr. Thompson to Mr. Fultz, Ms. Stinnett and Mr. Shapiro | 45 |
| Emails between Mr. Cordes and Mr. Clayton | 46-48 |

| | |
|---|---|
| **FILED UNDER SEAL** | 49-63 |
| **FILED UNDER SEAL** | 64-85 |
| Plaintiff's First Set of Expedited Discovery to Defendant ORR Safety Corporation | 86-89 |
| Plaintiff's Second Set of Expedited Discovery to Defendant ORR Safety Corporation | 90-98 |
| **FILED UNDER SEAL** | 99-105 |
| Declaration of Mr. Michael Sherman | 106-109 |
| Declaration of Mr. Daniel Charest | 110-113 |
| Declaration of Mr. William Aisenberg | 114-117 |
| Exhibit A to Declarations of Messrs. Sherman, Charest, Aisenberg, and Cordes | 118-119 |
| **FILED UNDER SEAL** | 120-134 |
| Exhibit C to Declarations of Messrs. Sherman, Charest, Aisenberg, and Cordes | 135-137 |
| Exhibit D to Declarations of Messrs. Sherman, Charest, Aisenberg, and Cordes | 138-139 |
| Exhibit E to Declarations of Messrs. Sherman, Charest, Aisenberg, and Cordes | 140-141 |
| Exhibit F to Declarations of Messrs. Sherman, Charest, Aisenberg, and Cordes | 142-144 |
| May 16, 2016 Emails between Ms. Stinnett and Mr. Charest | 145-146 |
| Declaration of Mr. Jeffrey Cordes | 147 – 150 |
| June 30, 2016 Email from Ms. Stinnett to counsel | 151-152 |
| July 6, 2016 Email from Ms. Stinnett to counsel | 153 – 156 |

| | |
|---|---|
| July 11, 2016 Email from Ms. Stinnett to counsel | 157-158 |
| July 12, 2016 Email from Ms. Stinnett to counsel | 159-162 |

Respectfully submitted,

 s/ Benjamin C. Fultz
Benjamin C. Fultz (admitted *pro hac vice*)
Jennifer Metzger Stinnett (admitted *pro hac vice*)
Corey M. Shapiro (admitted *pro hac vice)*
FULTZ MADDOX DICKENS PLC
2700 National City Tower
Louisville, Kentucky 40202
Telephone: (502) 588-2000
Facsimile: (502) 588-2020
bfultz@fmdlegal.com
jstinnett@fmdlegal.com

-and-

Gregory M. Sudbury
Texas Bar No. 24033367
Rachel Lee Hytken
Texas Bar No. 24072163
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Main)
(214) 871-2111 (Fax)
gsudbury@qslwm.com

*Counsel for Defendant and Counterclaim Plaintiff ORR Safety Corporation*

**CERTIFICATE OF SERVICE**

  On July 13, 2016 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

              s/ Benjamin C. Fultz
              *Counsel for Defendant and Counterclaim Plaintiff ORR Safety Corporation*