IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IRONCLAD PERFORMANCE WEAR CORPORATION, | § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 3:15-CV-3453-D |
| VS. | § § | |
| ORR SAFETY CORPORATION, | § § | |
| Defendant. | § § | |

### ORDER

The parties have advised the court that the parties have settled this case. Accordingly, this case is administratively closed for statistical purposes without prejudice to its being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED**.

August 10, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE